# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 17, 2008

136329

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
    Plaintiff-Appellant,

v

D&H MARKET, INC., MICHAEL L. KAMMO,
STEVEN L. KAMMO, and GARBIEL DUNSON,
    Defendants-Appellees.

SC: 136329
COA: 280556
Genesee CC: 07-085474-CK

_____/

    On order of the Court, the application for leave to appeal the March 19, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 17, 2008

_____
Clerk

p0910